<table>
<tr><td></td><td></td></tr>
</table>

**United States District Court**
Western District of Texas
El Paso Division

**FILED**
Jul 15 2026

Clerk, U.S. District Court
Western District of
Texas

By: _____ **AQ** _____
Deputy

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § |
| | § |
| vs. | § **Case Number:  EP:26-CR-01693(1)-KC** |
| | § |
| **(1) ISAAC ABRAHAM CORTEZ** | § |
| | § |
| *Defendant* | § |

## ORDER SETTING COMPETENCY HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for COMPETENCY HEARING in Magistrate Courtroom, Room 512, on the 5th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, Texas, on:
**<u>Monday, July 20, 2026 at 11:30 AM</u>**

IT IS FURTHER ORDERED that the Clerk of the Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office, and any surety or custodian, if applicable.  Further, counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

In accordance with Federal Rule of Criminal Procedure 5(f), as amended by the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), the Government is hereby notified of and ordered to comply with (1) the prosecutor's disclosure obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and (2) the possible consequences of violating this Order, which may include sanctions such as delay of trial or other proceedings, the exclusion of evidence, the giving of adverse jury instructions, the granting of a new trial, the dismissal of charges, or contempt proceedings.

IT IS SO ORDERED this **15th day of July, 2026.**

_____
LAURA ENRIQUEZ
UNITED STATES MAGISTRATE JUDGE